# UNITED STATES DISTRICT COURT
# District of Maine

| | |
|---|---|
| **LAURISTON R. CROCKER** | ) |
| | ) |
|     **Plaintiff** | ) |
| **v.** | ) |
| | )   **\*\*Civil No. 07-220-P-S** |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security** | ) |
| | ) |
|     **Defendant** | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 30, 2008, his Recommended Decision (Docket No. 11).  Plaintiff filed his Objection to the Recommended Decision (Docket No. 12) on July 18, 2008.  The Defendant filed its response to Plaintiff's Objection (Docket No. 13) on July 22, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                        /s/George Z. Singal_____
                                        Chief U.S. District Judge

Dated: July 23, 2008